8    UNITED STATES DISTRICT COURT

9    SOUTHERN DISTRICT OF CALIFORNIA

| ANNA KOROLEVA-MAHARAJH, | Case No.: 19-CV-1997 JLS (LL) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO REMAND TO UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES** |
| v. | |
| ALANNA Y. OW, District Director, U.S. Citizenship and Immigration Services, San Diego District Office, | |
| Defendant. | (ECF No. 4) |

Presently before the Court is Plaintiff Anna Koroleva-Maharajh and Defendant Alanna Y. Ow's Joint Motion to Remand to United States Citizenship and Immigration Services ("USCIS") ("Joint Mot.," ECF No. 4). Good cause appearing, the Court **GRANTS** the Joint Motion and **REMANDS** this action to USCIS for adjudication of Plaintiff's naturalization application within thirty (30) days of the date on which this Order is electronically docketed. If Plaintiff's naturalization application is not adjudicated within thirty days of the date on which this Order is electronically docketed, Plaintiff **MAY FILE**

/ / /
/ / /
/ / /
/ / /

an amended complaint within sixty (60) days of the date on which this Order is electronically docketed.

**IT IS SO ORDERED.**

Dated: December 23, 2019

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge